UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-563-FDW

| | | |
|---|---|---|
| WILLIAM CARAWAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FNU MITCHELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Proceed with Discovery, (Doc. No. 10). Plaintiff's motion will be denied. Plaintiff is advised that discovery in this action does not commence until after Defendants have been served and answered or otherwise responded to the Complaint, and after the Court has entered a Pretrial Order and Case Management Plan in this matter setting forth deadlines for discovery and dispositive motions. Moreover, once discovery commences, Plaintiff must seek discovery from Defendants directly, rather than filing requests for discovery with the Court.

**IT IS THEREFORE ORDERED THAT:**

(1) Plaintiff's Motion to Proceed with Discovery, (Doc. No. 10), is **DENIED**.

Signed: January 27, 2017

Frank D. Whitney
Chief United States District Judge

1