**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-563-FDW**

| | |
|---|---|
| WILLIAM CARAWAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's "Motion for More Interrogatories to Be Asked by Plaintiff," (Doc. No. 30). In his motion, Plaintiff seeks to submit twenty additional interrogatories in order to obtain answers to what Plaintiff asserts were "vague responses" by Defendants to Plaintiff's original twenty interrogatories, as allowed by this Court's scheduling order.

Plaintiff's Motion is **DENIED**. If Plaintiff believes that Defendants have not satisfactorily responded to his original interrogatories allowed in this Court's scheduling order he may file a motion to compel discovery after conferring in good faith with Defendants, and before the deadline for discovery ends.

Signed: October 3, 2017

Frank D. Whitney
Chief United States District Judge

1